# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:04CR201

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>    Plaintiff         )<br>                                  )<br>vs.                               )<br>                                  )<br>VINTAGE PHARMACEUTICALS, INC.     )<br>WILLIAM PROPST, SR.,              )<br>WILLIAM PROPST, JR., and          )<br>QUALITEST PHARMACEUTICALS, INC.,  )<br>    Defendants.       )<br>_____  ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** in preliminary response to the "Defendants' Motion to Compel Discovery" ("Motion to Compel") (Document No. 103), filed March 25, 2005 by Vintage Pharmaceuticals, Inc. ("Vintage"), Qualitest Pharmaceuticals, Inc. ("Qualitest"), William Propst, Sr. and William Propst, Jr. (collectively with Mr. Propst, Sr., the "Propsts"); the "Government's Opposition to Vintage's Motion to Compel Discovery" (Document No. 112), filed June 8, 2005 by the United States of America; and the "Defendants' Reply in Support ..." (Document No. 114), filed June 17, 2005 by Vintage, Qualitest and the Propsts. **A hearing on the Motion to Compel shall be held in front of the undersigned on Thursday, August 18, 2005 at 2:00 P.M.**

    **IT IS SO ORDERED**.

**Signed: August 5, 2005**

David C. Keesler
United States Magistrate Judge