# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04-CR-201-MU

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        )<br>    v.        )<br>        )          **ORDER**<br>VINTAGE PHARMACEUTICALS,  )<br>INC., WILLIAM PROPST, SR.,  )<br>WILLIAM PROPST, JR., and  )<br>QUALITEST PHARMACEUTICALS, )<br>INC.        )<br>        )<br>    **Defendants.**    )<br>_____) | |

**THIS MATTER** is before the Court on its own Motion. This case is currently scheduled for the October 3, 2005 trial term. It has come to the Court's attention that various motions are outstanding and will necessarily have to be handled prior to this matter proceeding to trial. Consequently, the Court finds that it is necessary to hold a status conference to ascertain whether this matter will proceed during the October 3, 2005 trial term.

**IT IS THEREFORE ORDERED** that a status conference is hereby scheduled for **August 18, 2005** at **11:00 a.m.** in the undersigned's chambers, Room 230 of the Charles R. Jonas Federal Building.

**Signed: August 5, 2005**

Graham C. Mullen
Chief United States District Judge