UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-201-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| VINTAGE PHARMACEUTICALS, ) | |
| INC., WILLIAM PROPST, SR., ) | |
| WILLIAM PROPST, JR., and ) | |
| QUALITEST PHARMACEUTICALS, ) | |
| INC. ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

This matter is before the court upon its own motion to refer all outstanding motions in the above captioned case to Magistrate Judge David C. Keesler. Pursuant to 28 U.S.C. § 636(b)(1)(A), (B), and (C), all outstanding motions are referred to Judge Keesler for disposition and for Memorandums and Recommendations where appropriate.

**IT IS THEREFORE ORDERED** that the outstanding motions in this matter be referred to Judge Keesler to be handled before this matter proceeds to trial in April of 2006.

**Signed: August 24, 2005**

*[signature]*

Graham C. Mullen
Chief United States District Judge