# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:04CR201

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>) |
| vs. | )   **ORDER**<br>) |
| VINTAGE PHARMACEUTICALS, INC.<br>WILLIAM PROPST, SR.,<br>WILLIAM PROPST, JR., and<br>QUALITEST PHARMACEUTICALS, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the Defendants' "Motion to Intervene and Quash Improper Grand Jury Subpoenas Duces Tecum" (Document No. 49) filed December 8, 2004; the Government's memoranda in opposition (Document Nos. 50 and 51) filed December 8 and 9, 2004; the Defendants' Reply (Document No. 52) filed December 9, 2004; and the Government's Response to Vintage's Reply (Document No. 53) filed December 10, 2004. The Court has been informed that the subpoenas complained of by the Defendants have been withdrawn. Therefore, the Court will deny the Defendants' motion as moot.

**IT IS, THEREFORE, ORDERED** that the Defendants' "Motion to Intervene and Quash Improper Grand Jury Subpoenas Duces Tecum" (Document No. 49) filed December 8, 2004, is **DENIED** as **MOOT**.

1

Signed: May 18, 2006

David C. Keesler
United States Magistrate Judge