IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO: 3:04CR201

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff<br><br>vs.<br><br>VINTAGE PHARMACEUTICALS, INC.<br>WILLIAM PROPST, SR.,<br>WILLIAM PROPST, JR., and<br>QUALITEST PHARMACEUTICALS, INC.,<br>  Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on pending motions. A hearing on the following motions shall be held before the undersigned the week of July 10, 2006:

(1) Motion to Dismiss Indictment or, in the Alternative, for an Evidentiary Hearing (Document No. 45) filed December 4, 2004;

(2) Motion to Suppress Evidence Based on the Government's Improper Use of the Administrative Process to Conduct a Criminal Investigation (Document No. 104) filed May 31, 2005; and

(3) Motion to Dismiss the Indictment Under the *Raley* Doctrine (Document No. 110) filed May 31, 2005.

**IT IS, THEREFORE, ORDERED** that the undersigned will receive evidence and hear argument on the foregoing motions commencing on **Monday, July 10, 2006, at 9:30 a.m., and concluding at or before 6:00 p.m. on Wednesday, July 12, 2006.**

1

Signed: May 18, 2006

David C. Keesler
United States Magistrate Judge