IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr201-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| VINTAGE PHARMACEUTICALS, INC., ) | |
| WILLIAM PROPST, SR., ) | |
| WILLIAM PROPST, JR. ) | |
| _____ ) | |

    This matter is before the court upon its own motion. A discovery status hearing was held on May 1, 2006. At the hearing, the court provided the parties with guidance as to what the court expects of the government with regard to its obligations under the Discovery Order of April 3, 2006. The parties have been provided with transcripts of that hearing. At this time, the court is of the opinion that no formal order be issued in connection with the discovery status hearing. Should further disputes arise with regard to the Discovery Order, the court will entertain those disputes at the appropriate time.
    IT IS SO ORDERED.

Signed: May 24, 2006

Graham C. Mullen
United States District Judge